**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6414**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

CHARLES ANTOINE BURGESS,

          Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior
District Judge.  (8:13-cr-00361-GRA-1)

Submitted:  July 23, 2015        Decided:  July 27, 2015

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Antoine Burgess, Appellant Pro Se.  Maxwell B. Cauthen,
II, Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Antoine Burgess appeals from the district court order denying, without prejudice, his motion to be transferred to a federal correctional facility. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Burgess, No. 8:13-cr-00361-GRA-1 (D.S.C. Feb. 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED